IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANK M., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:16-cv-2182-K-BT |
| | § | |
| ANDREW SAUL, Commissioner of the | § | |
| Social Security Administration, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 28, 2020. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court GRANTS Plaintiff's Motion for Attorney's Fees pursuant to 42 U.S.C. § 406(b) (ECF No. 22) and awards attorney Daniel Skaar $23,317.06 in attorney's fees to be certified for payment out of Plaintiff's past due benefits under

42 U.S.C. § 406(b). The Court further orders Plaintiff's counsel to promptly return to Plaintiff the EAJA fee of $9,397.90.

**SO ORDERED.**

Signed January 22nd, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE